IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      CASE NO. 4:96cr52-RH/WCS
                                                                         4:06cv17-RH/WCS
JONATHAN ARNESS WESTON,            4:06cv28-RH/WCS
and DENNIS DEWAYNE JOHNSON,

    Defendants.

_____/

## ORDER OF DISMISSAL

     This matter is before the court on the magistrate judge's report and recommendation (document 230), to which no objections have been filed. The report and recommendation correctly concludes that defendants' successive motions under 28 U.S.C. § 2255 must be summarily dismissed for failure to obtain the required authorization from the court of appeals. It perhaps bears noting, also, that even if defendants were to be sentenced de novo based on advisory guidelines, it would make no difference; the court's original sentence would have been the same, and would be the same if imposed today, even based on advisory rather than

*Page 2 of 2*

mandatory guidelines.

The report and recommendation is ACCEPTED and adopted as the opinion of the court. For the reasons set forth there,

IT IS ORDERED:

The clerk shall enter judgment stating, "Defendants' successive motions under 28 U.S.C. § 2255 (documents 227 and 228) are DISMISSED." The clerk shall close the file.

SO ORDERED this 3d day of June, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge